**2008–1270.   Akron Bar Assn. v. Maher.**
This matter came on for further consideration upon the filing of a motion for an order to appear and show cause filed by movant, Akron Bar Association, on October 13, 2009, requesting the court to issue an order directing respondent to appear and show cause why he should not be found in contempt for his failure to abide by the court's February 5, 2009 order. Respondent did not file a response. Accordingly,

It is ordered by the court, sua sponte, that respondent appear in person before this court on January 12, 2010, at 9:00 a.m.

## CASE ANNOUNCEMENTS
### *December 4, 2009*

[Cite as *12/04/2009 Case Announcements #2*, 2009-Ohio-6349.]

## MOTION AND PROCEDURAL RULINGS

**2009–2183.   State ex rel. Polaris Innkeepers, L.L.C. v. Westerville.**
In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon review of the complaint and the motion for expedited consideration,

It is ordered by the court, sua sponte, that respondent shall file responses to both the complaint and the motion for expedited consideration no later than December 10, 2009.

## CASE ANNOUNCEMENTS
### *December 7, 2009*

[Cite as *12/07/2009 Case Announcements*, 2009-Ohio-6351.]

## MOTION AND PROCEDURAL RULINGS

**In re Hughley.**
On September 16, 2009, this court found Kevin Hughley to be a vexatious litigator under S.Ct.Prac.R. XIV(5)(B). This court further ordered that Hughley was prohibited from continuing or instituting legal proceedings in this court without first obtaining leave. On December 1, 2009, Hughley submitted a motion for leave to file a motion to stay/appeal bond request with motion to remove vexatious litigator label. Upon consideration thereof,

It is ordered by the court that Kevin Hughley's motion for leave is denied.

**In re Sherrills.**
On March 31, 2008, this court found Daries Sherills to be a vexatious litigator under S.Ct.Prac.R. XIV(5)(B). This court further ordered that Sherrills was prohibited from continuing or instituting legal proceedings in this court without first obtaining leave. On December 1, 2009, Sherrills submitted a request for leave to file a motion for relief from judgment under Civ.R. 60(B). Upon consideration thereof,

It is ordered by the court that the request for leave is denied.